

# Fourth Court of Appeals
## San Antonio, Texas

July 12, 2021

No. 04-21-00009-CV

Ernest **BUSTOS**,
Appellant

v.

**ENCINO PARK HOMEOWNERS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Larry Noll, Judge Presiding

# O R D E R

On June 22, 2021, we issued a show cause order instructing appellant to file written proof in this court showing that he has requested preparation of the clerk's record and reporter's record and has paid or made payment arrangements for the records, or is entitled to appeal without paying the fees. *See* TEX. R. APP. P. 34.5, 34.6; 20.1(a); TEX. R. CIV. P. 145. Appellant timely responded. Accordingly, the clerk's record and the reporter's record are ***due within thirty (30) days*** from the date of this order.

Appellant also filed a "Motion to Include the Transcript and Record From Appeal No. 04-19-00311-CV in Pending Appeal 04-21-00009-CV." The motion is GRANTED. The clerk of this court is instructed to transfer a copy of the clerk's record and reporter's record in Appeal No. 04-19-00311-CV into this appeal.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of July, 2021.



MICHAEL A. CRUZ, Clerk of Court